

**Myers & Galiardo, LLP**  *Attorneys at Law*

**Chrysler Building**
405 Lexington Ave. 64th Fl.
New York, NY 10174

Tel: 212-986-5900
Fax: 212-986-6250

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/19

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 16, 2019

**MEMO ENDORSED**

**Re: United States v. Ariel Jiminez, et al. (Marcos De Jesus Pantaleon)**
**18 Cr. 879 (SHS)**

Your Honor:

We write to request a short adjournment of Mr. Pantaleon's sentencing originally slated for this Friday December 20, 2019. My wife underwent extensive surgery at Sloan Kettering Hospital. I am obligated to attend to certain matters because of these family health issues. Please adjourn this matter for sentencing to January 13, 15, 20, 22, 23 or 27th, 2020. The prosecution has no objection to this request.

My apologies to all parties concerning this unavoidable delay.

The sentencing is adjourned to Jan. 15, 2020, at 2:30 p.m.

/s/Matthew D. Myers
Counsel for Marco Panteleon
So Ordered 12/18/19

Hon. Sidney H. Stein