

**Myers & Galiardo, LLP** *Attorneys at Law*

**Chrysler Building**
405 Lexington Ave. 64th Fl.
New York, NY 10174

Tel: 212-986-5900
Fax: 212-986-6250


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2020

**BY ECF**

February 11, 2020

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Ariel Jiminez, et al. (Marcos De Jesus Pantaleon)**

**18 Cr. 879 (SHS)**

Your Honor:

    Mr. Pantaleon asks permission to travel to his brother's home in Trenton, NJ from February 19, 2020 to February 20, 2020 before his surrender date of February 28, 2020. His family is flying in from overseas to be with him before he surrenders. The defendant has maintained full compliance with his pre-trial conditions. Pre-trial takes no position on this request but cannot consent because the defendant's location monitoring obligations must be adjusted should the Court grant the request. The defendant's Pre-Trial Officer communicated to our offices that Mr. Pantaleon has been a model parolee but office policy prevents the officer's consent to such requests.

    AUSA Daniel Nessim has no objection to this application. Thank-you for your attention to this matter.

/s/Matthew D. Myers
Counsel for Marco Pantaleon

So Ordered,

_____
Hon. Sidney H. Stein

SO ORDERED 2/12/2020

SIDNEY H. STEIN
U.S.D.J.